AO 450 (Rev. 5/85) (Mod. 10/93) Judgment in a Civil Case ○

# United States District Court

**CENTRAL DISTRICT OF CALIFORNIA**
EASTERN DIVISION

JS - 6

GREGORY BROWN,

v.

COUNTY OF RIVERSIDE,

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   EDCV 07-00491 RBL (OPx)

[XX]  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict as follows:

Judgment is hereby entered FOR Defendant.

*Dated: 7/1/2010*

TERRY NAFISI
Clerk

s/C. Sasse
*(By) Deputy Clerk*